# CERTIFICATE OF SERVICE

*AutoZone Parts, Inc. v. The United States et. al, Court No. 1:20-cv-01805*

I hereby certify on this 18th day of September 2020, I have served a copy of the following documents via certified mail, return receipt requested, on the parties listed below, unless otherwise noted: Summons (Form 4), Complaint, Information Statement (Form 5), Notice of Appearance (Form 11), and Corporate Affiliations and Financial Interest (Form 13):

| | |
|---|---|
| Attorney-In-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | General Counsel Joseph L. Barloon<br>Office of the General Counsel<br>Office of the U.S. Trade Representative<br>600 17th Street, NW<br>Washington, DC 20006 |
| Attorney-In-Charge<br>Commercial Litigation Branch U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20530 | Chief Counsel Scott K. Falk<br>Office of Chief Counsel<br>U.S. Customs & Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, DC 20229 |

/s/ Jason M. Waite
Jason M. Waite